UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 7 |
| JOSEPH E. MONTALTO | : | Case No. 25-11966-CJP |
| Debtor | : | |
| | : | |

**DEBTOR'S RESPONSE TO THE SEVERAL MOTIONS TO COMPEL**

Now respectfully represents Joseph E. Montalto (herein "Debtor"), the Debtor in the above-captioned proceeding, who responds to the several motions to compel filed herein by (i) Lesley Santini and Lindsay Santini Moran (docket document no. 59), (ii) Robert J. Sacco and Lisa G. Saco (docket document no. 60), and (iii) Robert Giacobelli (docket document no. 58) (herein jointly and severally "Movants") by stating that due the institution of a criminal investigation by the White Collar Crime Unit of the Middlesex Superior Court, the Debtor has been instructed by his criminal counsel to sit at the 2004 examination solely to plead the fifth amend and not to provide any documents in association with the Movants' requests. The Debtor should not be penalized by his exercise of his constitutional rights.

In support hereof, the Debtor states that the existence of the aforesaid criminal investigation has been confirmed by the Debtor's Chapter 7 Trustee Mark DeGiacomo to Debtor's counsel. Moreso, the Movants' request for documents Is overbroad, going back almost a decade to 2015, and appears to be more of a prosecutor's road map for indictment rather than a request associated with the various claims of the Movants. As such, the Debtor is loath to provide any documents that may be subsequently utilized against him and believes that the assertion of this fifth amendment rights is appropriate and allows him to do so. Until such time as the investigation launched by the White Collar Unit of the Middlesex Superior Court is resolved the Debtor is unable to testify or provide documents.

WHEREFORE, the Debtor Joseph E. Montalto respectfully requests that this Honorable Court deny the Motions to Compel filed herein by (i) Lesley Santini and Lindsay Santini Moran (docket document no. 59), (ii) Robert J. Sacco and Lisa G. Saco (docket document no. 60), and (iii) Robert GiacobelRobert J. Sacco and Lisa G. Sacco and for such other relief that this Honorable Court deems just and proper.

Respectfully submitted,
JOSEPH E. MONTALTO
By its attorney,

/s/ Barry R. Levine

Barry R. Levine (BBO #296500)
100 Cummings Center – Suite 327G
Beverly, MA 01915
TEL: 978-922-8440
barry@levineslaw.com

DATED: February 13, 2026

CERTIFICATE OF SERVICE

I, Barry R. Levine, state that on February 12, 2026, I electronically filed the foregoing Response to the Movants Motion to Compel with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CM/ECF participants:

Richard King, Assistant US Trustee
Mark DeGiacomo, Chapter 7 Trustee
Laurel E. Bretta, the Saccos

/s/ Barry R. Levine
Barry R. Levine