UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| JOSEPH E. MONTALTO, | ) | CHAPTER 7 |
| Debtor | ) | DOCKET NUMBER: 25-11966 CJP |
| | ) | |

**LINDSAY SANTINI MORAN AND LESLEY SANTINI'S REPLY TO DEBTOR'S RESPONSE TO THE SEVERAL MOTIONS TO COMPEL**

NOW COME, the Movants, Lindsay Santini Moran and Lesley Santini, by and through undersigned counsel, respectfully submit the within Reply to Debtor's Response to the Several Motions to Compel. In support, the Movants state:

1. The Movants filed a Motion to Compel Production of Documents and to Compel Debtor's Appearance For Examination Under Bankruptcy Rule 2004; Request for Sanctions and Related Relief (D.E. # 59).

2. The Debtor's response is not unexpected. The documents requested are solely directed to the Debtor's financial statements, schedules, and statement of financial affairs, designed to review issues of non-dischargeability of certain debts owed to Robert J. Sacco and Lisa G. Sacco, Lindsay Santini Moran and Lesley Santini, and Robert Giacobelli.

3. If the Debtor is concerned with not waiving fifth amendment privileges, perhaps his better course is to dismiss this case and await the outcome of the Investigation.

WHEREFORE, the Movants respectfully request that this Honorable Court:

a. Allow the Motion to Compel Production Of Documents And To Compel Debtor's Appearance For Examination Under Bankruptcy Rule 2004; Request For Sanctions And Related Relief; and

b. Order any other remedy that this Court deems mete and just.

Respectfully submitted,
Lindsay Santini Moran and Lesley Santini,
By their attorney,

Dated: February 17, 2026

/s/ Laurel E. Bretta

Laurel E. Bretta, Attorney
Bretta Law Advisors, P.C.
127 Main Street
Medford, Massachusetts 02155
Telephone: (781) 395-1545
Facsimile: (781) 395-0012
Email: bglaw@lbretta.com
BBO #547358

CERTIFICATE OF SERVICE

I, Laurel E. Bretta, Attorney, hereby certify that a true copy of the foregoing Lindsay Santini Moran and Lesley Santini's Reply to Debtor's Response to the Several Motions to Compel, was served on February 17, 2026, to the following:

By electronic mail to:

| | |
|---|---|
| Mark G. DeGiacomo, Esquire | mdegiacomo@harrisbeachmurtha.com<br>MA42@ecfcbis.com<br>jbabula@harrisbeachmurtha.com<br>lmulvehill@harrisbeachmurtha.com |
| Jonathan R. Goldsmith, Esquire | bankrdocs1@gkalawfirm.com<br>bankrdocs@gkalawfirm.com<br>intern@gkalawfirm.com<br>Esq.jonathanR.G.B145355@notifybestcase.com |
| Jay P. Johnson, Esquire | jay.johnson@barsh-cohen.com<br>Johnson.jayB1471312@notifybestcase.com |
| Richard King, Esquire – B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Barry R. Levine, Esquire | barry@levineslaw.com<br>kathy@levineslaw.com<br>levinelawecfmail@gmail.com<br>r39812@notify.bestcase.com |

By first class mail, postage prepaid, in a sealed envelope, deposited in a post office or official depository under the exclusive custody of the United States Postal Service to:

Robert J. Sacco
Lisa G. Sacco
3 Stonehill Drive
Stoneham, MA 02180

Ms. Lindsay Santini Moran
6 Alesworth Avenue
Winchester, Massachusetts 01890

Ms. Lesley Santini
22 Grover Place, Unit 6
Winchester, Massachusetts 01890

Shaun Khan, Esquire
DDSK Law, LLC
900 Cummings Center, Unit 210U
Beverly, MA 01915

Robert Giacobelli
5 Brentwood Road
Stoneham, MA 02180

Dated: February ___, 2026

/s/ Laurel E. Bretta
Laurel E. Bretta, Attorney
Bretta Law Advisors, P.C.
127A Main Street
Medford, Massachusetts 02155
Telephone (781) 395-1545
Telecopy: (781) 395-0012
Email: bglaw@lbretta.com
BBO #547358

S:\S I\S\SANTINI\MOTIONS\Reply To Response To Motions To Compel 02-17-26.Docx