United States Bankruptcy Court

District of Massachusetts

In re: Case No. 25-11966-cjp

Joseph E Montalto Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1 User: admin Page 1 of 2

Date Rcvd: Mar 26, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph E Montalto, 4 Lowell Street, Lynnfield, MA 01940-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry R. Levine | on behalf of Debtor Joseph E Montalto barry@levineslaw.com kathy@levineslaw.com;r39812@notify.bestcase.com |
| Jay P. Johnson | on behalf of Creditor MSA Mortgage LLC Jay.Johnson@Barsh-Cohen.com Johnson.JayB147131@notify.bestcase.com |
| Jonathan R. Goldsmith | on behalf of Creditor SCP Development High Yield Fund LLC bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;intern@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com |
| Laurel E. Bretta | on behalf of Creditor Lisa G Sacco bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Laurel E. Bretta | on behalf of Creditor Lindsay Santini Moran bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |

| | |
|---|---|
| Laurel E. Bretta | on behalf of Creditor Lesley Santini bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Laurel E. Bretta | on behalf of Creditor Robert J Sacco bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Laurel E. Bretta | on behalf of Creditor Robert Giacobelli bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:**<br>**Joseph E Montalto**<br>**Debtor** | **Chapter 7**<br>**25-11966-CJP** |

**PROCEEDING MEMORANDUM AND ORDER**

**MATTERS:**
#58 Motion filed by Creditors Lisa G Sacco, Robert J Sacco to Compel Production of Documents and to Compel Debtor's Appearance for Examination Under Bankruptcy Rule 2004; Request for Sanctions and Related Relief;

GRANTED BY AGREEMENT. THE DOCUMENTS WILL BE PRODUCED AND AN EXAMINATION CONDUCTED ON THE SCHEDULE SET FORTH IN ECF No. 91.

Dated: 03/26/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge