United States Bankruptcy Court

District of Massachusetts

| | |
|---|---|
| In re: | Case No. 25-11966-cjp |
| Joseph E Montalto | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 17, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph E Montalto, 4 Lowell Street, Lynnfield, MA 01940-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry R. Levine | on behalf of Debtor Joseph E Montalto barry@levineslaw.com kathy@levineslaw.com;r39812@notify.bestcase.com |
| Jay P. Johnson | on behalf of Creditor MSA Mortgage LLC Jay.Johnson@Barsh-Cohen.com Johnson.JayB147131@notify.bestcase.com |
| Jonathan R. Goldsmith | on behalf of Creditor SCP Development High Yield Fund LLC bankrdocs1@gkalawfirm.com, bankrdocs@gkalawfirm.com;Esq..JonathanR.G.B145355@notify.bestcase.com;ewl@efclaw.com |
| Laurel E. Bretta | on behalf of Creditor Robert J Sacco bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Laurel E. Bretta | on behalf of Creditor Lindsay Santini Moran bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |

| | |
|---|---|
| Laurel E. Bretta | on behalf of Creditor Lesley Santini bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Laurel E. Bretta | on behalf of Creditor Lisa G Sacco bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Laurel E. Bretta | on behalf of Creditor Robert Giacobelli bglaw@lbretta.com pnocera@lbretta.com;lromano@lbretta.com;8805@notices.nextchapterbk.com |
| Mark G. DeGiacomo | mdegiacomo@harrisbeachmurtha.com MA42@ecfcbis.com;jbabula@harrisbeachmurtha.com;lmulvehill@harrisbeachmurtha.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re: Joseph E Montalto, Debtor | Chapter 7<br>25-11966-CJP |
| --- | --- |

**ORDER**

**MATTER:**
#121 Assented to Motion filed by Creditor Robert Giacobelli to Extend Time to Object to Discharge.

ALLOWED. THE DEADLINE FOR THE MOVANT TO OBJECT TO THE DEBTOR'S DISCHARGE IS HEREBY FURTHER EXTENDED THROUGH AND INCLUDING SEPTEMBER 30, 2026.

Dated: 08/17/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge